UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA,

    -against-

JOHN DAGOSTINO,

    Defendant.
------------------------------X

ORIGINAL

FINAL ORDER
OF FORFEITURE

Cr. No. 04-0127

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 12 2006 ★
BROOKLYN OFFICE

WHEREAS, on or about February 23, 2004, the Defendant JOHN DAGOSTINO plead guilty to a One-Count Information, charging the Defendant with a violation of 18 U.S.C. § 2252A;

WHEREAS, on June 28, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, in which the Defendant John Dagostino (the "Defendant") agreed to forfeit to the United States all of his right, title and interest in the following property including but not limited to (a) Dell Dimension L100R desktop computer, serial number 1X6JH01; (b) Western Digital Hard Drive, serial number WMA6K5198349; (c) Dell Dimension 2350 desktop computer, serial number D4Z1P21; and (d) Western Digital Hard Drive, serial number WMAD17897511;

WHEREAS, legal notice of the forfeiture was published in a newspaper of general circulation in this district on March 2, 2006, March 6, 2006, and March 13, 2006;

WHEREAS, no other parties filed a claim to the forfeited property.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to Title 18, United States Code, Section 2253, and the Order of Forfeiture that the Defendant shall forfeit all of his right, title and interest in the forfeited property indicated above to the United States of America.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest in the forfeited property, are hereby condemned, forfeited and vested in the United States of America pursuant to 18 U.S.C. § 2253.

IT IS FURTHER ORDERED that the United States Marshals Service and its duly authorized agents and contractors, be, and the same hereby are, directed to dispose and fully liquidate all right, title and interests in the forfeited properties, in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Order and the Order of Forfeiture.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward six (6) certified copies of this Final Order of Forfeiture to Assistant United States Attorney Elaine Banar, United States Attorney's Office, Eastern District of New York, One Pierrepont Plaza, 16th Floor, Brooklyn, New York.

Dated: Brooklyn, New York
      May 10, 2006

                                        s/David G. Trager
                                    HONORABLE DAVID TRAGER
                                    UNITED STATES DISTRICT JUDGE